UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Oluwafeyisayo Ayobamidele, Sasha Bennett, and Madeline Sullwold, | File No. 22-cv-00481 (ECT/JFD) |
| Plaintiffs and Counterclaim Defendants, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Minnesota Interactive, Inc. and Daniel Randolph, | |
| Defendants and Counterclaimants. | |

Pursuant to the Stipulation of Dismissal with Prejudice entered into by Plaintiffs and Defendants [ECF No. 23] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT** the above-captioned action is hereby **DISMISSED** with prejudice and on the merits, without an award of costs, disbursements, or attorneys' fees to any party.

Date:  August 8, 2022

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court